IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:06-CR-443-MEF |
| | ) | |
| ROBERT KNIGHT | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The defendant's objections to the Report and Recommendation of the Magistrate Judge (Doc. #163) filed on June 13, 2013 are overruled.

2. The Report and Recommendation of the Magistrate Judge (Doc. #124) entered on May 31, 2013 is adopted.

3. Defendant's motion for relief pursuant to 28 U.S.C. § 2255 (Doc. #108) is DENIED.

DONE this the 18th day of June, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE